UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 11 AM 9: 23

CLERK_____
SO. DIST. OF GA.

USA )
)
vs )    CASE NUMBER  CR405-281
)
Eric Rondell Gabe )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __11__ day of __June__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA